# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NAIYAH NICOLE WILLIAMS,<br><br>    Defendant. | CR 520-007-38 |

### ORDER

Before the Court is Defendant Naiyah Williams's motion for early termination of supervised release, dkt. no. 1749, to which the Government has filed no opposition. For the reasons below, Defendant's motion is **GRANTED**.

### BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to Count 33 of the Indictment, that is, maintaining a drug-involved premises, in violation of 18 U.S.C. § 2 and 21 U.S.C. §§ 856(a), (b). Dkt. Nos. 1227, 1489. On April 7, 2022, the Court sentenced Defendant to twenty-eight months' imprisonment, followed by two years of supervised release. Dkt. No. 1489. The Court also imposed special conditions of supervision, as well as a $100 special assessment. Id.

On or about April 28, 2023, Defendant was released from Bureau of Prisons' custody and commenced her term of supervision.

Defendant has completed over twelve months of her twenty-four-month term of supervision and now moves the Court for early termination of same.  Dkt. No. 1749.

In her motion, Defendant states she has learned from her mistakes and has made positive changes in her life.  Id.  The Court notes all of Defendant's drug screens have yielded negative results, she has maintained a stable residence, she has complied with the terms of her supervision, and she has paid her special assessment in full.  Finally, Defendant's motion is unopposed by the Government, as well as the United States Probation Office.

Under 18 U.S.C. § 3583(e)(1), a "court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and in the interests of justice."

The Court concludes that, after serving over half of her term of supervision, Defendant has satisfied the relevant § 3553(a) factors for early termination of supervised release.  Importantly, Defendant has shown that she has taken full responsibility for her actions and has changed her life for the better.  Accordingly,

2

Defendant's motion for early termination of supervision, dkt. no. 1749, is **GRANTED**. Defendant's term of supervised release is hereby terminated.

**SO ORDERED** this 15 day of May, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA